UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN SILVA,

    Plaintiff,

v.                                               Case No: 6:17-cv-544-Orl-40TBS

NONA DIGITAL, INC, DAVID D.
PAVLIK and MOSES VIRELLA,

    Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 34) filed on February 6, 2018. The United States Magistrate Judge has submitted a report recommending that the amended settlement agreement be approved.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Report and Recommendation (Doc. 38) was filed on March 8, 2018, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 1, 2018 (Doc. 37), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and for Dismissal with Prejudice (Doc. 34) is **GRANTED**.

3. The amended settlement agreement (Doc. 36-1) is approved as a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. The case is **DISMISSED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 9, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties